United States Bankruptcy Court

Central District of California

In re:  Case No. 23-13944-BR
Alvin De Guzman  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2      User: admin      Page 1 of 4
Date Rcvd: Oct 10, 2023      Form ID: 318a      Total Noticed: 50

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alvin De Guzman, 527 E. Windsor Road Apt 208, Glendale, CA 91205-4120 |
| 41580832 | + | Bigpicture Loans LLC, loan 70708728, Box 704, Watersmeet, MI 49969-0704 |
| 41580856 | + | Patria Lending LLC, loan # 70708728, 8151 Highway 177, Red Rock, OK 74651-0348 |
| 41580862 | + | PayPal, Inc. Autozone, Reference ID: c66558a6-ca80-4558-b4, 2211 North First Street, San Jose, CA 95131-2021 |
| 41580871 | | The Bank of Orrick, Loan# AF-5464BA4A1F56, 113 E. South Front Street, Orrick, MO 64077 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: EDD.COM | Oct 11 2023 09:50:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Oct 11 2023 09:50:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | | Email/Text: finance.bankruptcy@lacity.org | Oct 11 2023 06:02:00 | Los Angeles City Clerk, P.O. Box 53200, Los Angeles, CA 90053-0200 |
| 41580826 | + | Email/Text: backoffice@affirm.com | Oct 11 2023 06:03:00 | Affirm Inc, 650 California Street FL 12, San Francisco, CA 94108-2716 |
| 41580829 | ^ | MEBN | Oct 11 2023 05:58:19 | American Coradius International, 2420 Sweet Home Rd Ste 150, Amherst, NY 14228-2244 |
| 41580830 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Oct 11 2023 06:02:00 | Aspire, Po Box 105555, Atlanta, GA 30348-5555 |
| 41580833 | | Email/Text: fwdbctl@spotloan.com | Oct 11 2023 06:02:33 | Bluechip Financial dba spotloan, Box 720, Belcourt, ND 58316 |
| 41580831 | | EDI: CITICORP.COM | Oct 11 2023 09:50:00 | Best Buy/Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 41580835 | + | EDI: PHINGENESIS | Oct 11 2023 09:50:00 | CB Indigo, PO Box 4499, Beaverton, OR 97076-4499 |
| 41580843 | | Email/Text: jcarlick@crossriver.com | Oct 11 2023 06:02:00 | Cross River Bank, Loan ID: RZAP-1NVN, 885 Teaneck Road, Teaneck, NJ 07666 |
| 41580834 | | EDI: CAPITALONE.COM | Oct 11 2023 09:50:00 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 41580837 | + | Email/Text: bzern@celticbank.com | Oct 11 2023 06:04:00 | Celtic Bank, Loan ID: XF77-CPQK, 268 South State Street, Suite 300, Salt Lake City, UT 84111-5314 |
| 41580839 | + | Email/Text: bzern@celticbank.com | | |

| Recipient ID | Method | Date/Time | Recipient |
|---|---|---|---|
| | | Oct 11 2023 06:04:00 | Celtic Bank, Loan ID: 6A1D-L8F9, 268 South State Street, Suite 300, Salt Lake City, UT 84111-5314 |
| 41580838 | + Email/Text: bzern@celticbank.com | Oct 11 2023 06:04:00 | Celtic Bank, Loan ID: V9NC-DRGQ, 268 South State Street, Suite 300, Salt Lake City, UT 84111-5314 |
| 41580836 | + Email/Text: bzern@celticbank.com | Oct 11 2023 06:04:00 | Celtic Bank, Loan ID: LROT-VEUS, 268 South State Street, Suite 300, Salt Lake City, UT 84111-5314 |
| 41580840 | EDI: CRFRSTNA.COM | Oct 11 2023 09:50:00 | Credit First Na/Firestone, Po Box 81083, Cleveland, OH 44181 |
| 41580842 | Email/PDF: creditonebknotifications@resurgent.com | Oct 11 2023 06:01:13 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 41580841 | + Email/PDF: creditonebknotifications@resurgent.com | Oct 11 2023 06:01:14 | Credit One Bank, Po Box 98875, Las Vegas, NV 89193-8875 |
| 41580844 | + EDI: DISCOVER.COM | Oct 11 2023 09:50:00 | DISCOVER BANK, PO BOX 30939, Salt Lake City, UT 84130-0939 |
| 41580845 | Email/Text: bankruptcycourts@equifax.com | Oct 11 2023 06:02:00 | Equifax, PO Box 740241, Atlanta, GA 30374-0241 |
| 41580847 | ^ MEBN | Oct 11 2023 05:56:13 | Experian, Profile Maintenance, PO Box 9558, Allen, TX 75013-9558 |
| 41580848 | EDI: CITICORP.COM | Oct 11 2023 09:50:00 | Exxon/Mobil/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 41580849 | + EDI: PHINGENESIS | Oct 11 2023 09:50:00 | FEB Destiny/GF, Box 4499, Beaverton, OR 97076-4499 |
| 41580852 | Email/Text: Bankruptcy@FMAAlliance.com | Oct 11 2023 06:02:00 | Fma Alliance Ltd, file number 45949285, 12339 Cutten Road, Houston, TX 77066 |
| 41580850 | EDI: AMINFOFP.COM | Oct 11 2023 09:50:00 | First Premier, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 41580851 | + EDI: AMINFOFP.COM | Oct 11 2023 09:50:00 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 41580853 | + EDI: PHINGENESIS | Oct 11 2023 09:50:00 | Genesis Bank Card Service, PO Box 4499, Beaverton, OR 97076-4499 |
| 41580855 | + EDI: CITICORP.COM | Oct 11 2023 09:50:00 | Macy's, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 41580860 | + Email/Text: recovery@paypal.com | Oct 11 2023 06:02:00 | PayPal, Inc., Reference ID: 79e495c4-f505-47ae-92, 2211 North First Street, San Jose, CA 95131-2021 |
| 41580861 | + Email/Text: recovery@paypal.com | Oct 11 2023 06:02:00 | PayPal, Inc., Reference ID: 214f5449-861f-41e7-87, 2211 North First Street, San Jose, CA 95131-2021 |
| 41580859 | + Email/Text: recovery@paypal.com | Oct 11 2023 06:02:00 | PayPal, Inc., Reference ID: 6b495e63-5c44-490d-a4, 2211 North First Street, San Jose, CA 95131-2021 |
| 41580858 | + Email/Text: recovery@paypal.com | Oct 11 2023 06:02:00 | PayPal, Inc., Reference ID: acc7cc99-39c2-47e9-a8, 2211 North First Street, San Jose, CA 95131-2021 |
| 41580863 | + EDI: AMINFOFP.COM | Oct 11 2023 09:50:00 | Premier Bkcrd/First Premier, 601 S Minnesota Ave, Sioux Falls, SD 57104-4824 |
| 41580868 | + EDI: RMSC.COM | Oct 11 2023 09:50:00 | SYNCB/NEWEGG, PO BOX 965036, Orlando, FL 32896-5036 |
| 41580865 | + EDI: CITICORP.COM | Oct 11 2023 09:50:00 | Shell/Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 41580867 | EDI: RMSC.COM | | |

| District/off: 0973-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 10, 2023 | Form ID: 318a | Total Noticed: 50 |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Oct 11 2023 09:50:00 | Syncb/Amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 41580869 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Oct 11 2023 06:02:00 | TBOM/Atlas/Aspire, 5 Concourse Pkwy Ste 400, Atlanta, GA 30328-9114 |
| 41580870 | + | EDI: PHINGENESIS | Oct 11 2023 09:50:00 | TBOM/MILESTONE, PO Box 4499, Beaverton, OR 97076-4499 |
| 41580872 | | Email/Text: DASPUBREC@transunion.com | Oct 11 2023 06:02:00 | Trans Union Corporation, Attn: Public Records Department, 555 W Adams St., Chicago, IL 60661 |
| 41580873 | + | EDI: LCIUPSTART | Oct 11 2023 09:50:00 | Upstart Network Inc, PO Box 1503, San Carlos, CA 94070-7503 |
| 41580874 | | EDI: BLUESTEM | Oct 11 2023 09:50:00 | Web Bank, b35bd4b7-f3b1-45db-ab81-3d471a95689, 215 S State St Ste 800, Salt Lake City, UT 84111-2339 |
| 41580875 | | EDI: BLUESTEM | Oct 11 2023 09:50:00 | Web Bank, e2841fc6-a2f3-41bc-8e8f-9fcdc5, 215 S State St Ste 800, Salt Lake City, UT 84111-2339 |
| 41580876 | + | EDI: WFFC2 | Oct 11 2023 09:50:00 | Wells Fargo Bank, Po Box 14517, Desmoines, IA 50306-3517 |
| 41580877 | + | EDI: WFFC2 | Oct 11 2023 09:50:00 | Wells Fargo Bank, Po Box 14517, Des Moines, IA 50306-3517 |
| 41580857 | ^ | MEBN | Oct 11 2023 05:58:19 | paypal c/o american coradius, ref# 18262676, 2420 Sweet Home Road Ste 150, Buffalo, NY 14228-2244 |

TOTAL: 45

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 41580827 | *+ | Affirm Inc., 650 California Street FL 12, San Francisco, CA 94108-2716 |
| 41580828 | *+ | Affirm Inc., 650 California Street FL 12, San Francisco, CA 94108-2716 |
| 41580854 | *+ | Genesis Bank Card Service, PO Box 4499, Beaverton, OR 97076-4499 |
| 41580864 | *+ | Premier Bkcrd/First Premier, 601 S Minnesota Ave, Sioux Falls, SD 57104-4824 |
| 41580866 | *+ | Shell/Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 41580846 | ##+ | Equifax, PO Box 144717, Orlando, FL 32814-4717 |

TOTAL: 0 Undeliverable, 5 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2023        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2023 at the address(es) listed below:

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Oct 10, 2023 | Form ID: 318a | Total Noticed: 50 |

| Name | Email Address |
|---|---|
| Peter J Mastan (TR) | pmastan@iq7technology.com;travis.terry@dinsmore.com;ecf.alert+Mastan@titlexi.com |
| Tyson Takeuchi | on behalf of Debtor Alvin De Guzman tyson@tysonfirm.com albert@tysonfirm.com;armen@tysonfirm.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 3

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Alvin De Guzman**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1997<br>EIN   \_\_–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   \_\_\_\_<br>EIN   \_\_–_____ |
| United States Bankruptcy Court | Central District of California | |
| Case number: | 2:23-bk-13944-BR | |

# Order of Discharge – Chapter 7

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Alvin De Guzman
aka Alvin George Pineda De Guzman

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 10/10/23

**Dated:** 10/10/23

**By the court:**   Barry Russell
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

10/AUTU

For more information, see page 2 >

Official Form 318–CACBdodb/CACodsc  **Order of Chapter 7 Discharge**  page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**